UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILIP M. MONIER,

    Plaintiff,

v.                                                Case No. 3:14cv606/MCR/CJK

JEREMY CASSADY, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On November 5, 2014, the court entered an order directing plaintiff to file an amended civil rights complaint. (Doc. 3). The court also directed plaintiff to either submit a completed motion to proceed *in forma pauperis* or pay the $400.00 filing fee. (*Id.*). Plaintiff was directed to comply with the court's order within thirty days and was advised a failure to do so would result in a recommendation that this case be dismissed. (*Id.*). To date, plaintiff has not complied with the November 5, 2014 Order and has not responded to the court's December 11, 2014 Order (doc. 4), requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.    That the clerk be directed to close the file.

At Pensacola, Florida this 5th day of January, 2015.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).